RICHARD C. SHREVE, Respondent, v. WILLIAM E. RYAN, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPH PIERCZYNSKI, Respondent, v. MAY SIMS, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARTIN J. ROLLING, Respondent, v. SERVICE MILK COMPANY, INCORPORATED, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

AUGUSTUS H. SMITH, Appellant, v. RALPH S. WILKINSON, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

STANLEY KRZYNSANSKI, Appellant, v. STEPHEN V. R. SPAULDING and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUDSON MATHEWS, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ. .

DAVID FREEDLANDER and Another, Respondents, v. TRANAHAN HOLDING CORPORATION and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SAMUEL J. McROBERTS and Another, Appellants, v. ROBERT H. BARTLETT and Another, Respondents.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM MILLER, Appellant, v. ELIZABETH S. NIXDORF, as Administratrix, etc., of WILLIAM G. NIXDORF, Deceased, Respondent.— Appeal dismissed unless appellant shall pay to respondent's attorney ten dollars and be ready for argument at opening of September term of court. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ALEXANDER M. McLEOD, Respondent, v. SIMON WERTHEIMER, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by May sixth, pay to respondent's attorneys ten dollars, and be ready for argument on May thirteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JUDSON R. KEZER, Respondent, v. DWELLE-KAISER COMPANY and Others, Appellants.— Motion to dismiss appeal denied, and case put over term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WALTER SIEMIASS, Respondent, v. SAMUEL LANDAU and Another, Appellants.— Appeal dismissed unless appellants shall file and serve the printed papers by May twelfth and be ready for argument any later day in the term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BERTHA RAU, Respondent, v. CHARLES T. MOEBIUS and Another, Appellants. — Appeal dismissed unless appellants shall file and serve printed papers by May sixth, printed briefs by May tenth, and argue the appeal during week of May ninth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LOUIS CHODOSH, as Guardian ad Litem for CLARENCE CHODOSH, Appellant, v. GEORGE LUFF and Another, Respondents.— Appeal dismissed unless appellant shall file and serve printed papers and typewritten copy of brief by May sevententh. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.